CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
1/31/2020
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA & THE COMMONWEALTH OF VIRGINIA, *ex. rel.* DWIGHT OLDHAM,<br><br>         *Plaintiffs,*<br><br>v.<br><br>CENTRA HEALTH, INC.,<br>         *Defendant.* | CASE NO. 6:18-cv-00088<br><br>**ORDER**<br><br>JUDGE NORMAN K. MOON |

The United States and the Commonwealth of Virginia has declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B); accordingly, the Court hereby **ORDERS** that:

1. The Complaint shall be unsealed and served upon Defendants by Relator;

2. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon Defendants, except for this Order and the Notice of Election by the United States and the Commonwealth of Virginia to Decline Intervention, which Relator will serve upon Defendants only after the Complaint has been served;

3. The seal shall be lifted as to all matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, on the United States and the Commonwealth of Virginia, as provided for in 31 U.S.C. § 3730(c)(3);

5. The United States and the Commonwealth of Virginia may order deposition transcripts and is entitled to intervene in this action at any time for good cause;

– 2 –

6. All orders of this Court shall be sent by the Clerk of the Court to the United States and the Commonwealth of Virginia; and

7. Should Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the written consent of the United States and the Commonwealth of Virginia will be solicited before a final ruling is issued.

It is so **ORDERED.**

The Clerk of the Court is directed to send a copy of this Order to Relator, the United States and the Commonwealth of Virginia. Defendants shall be sent a copy of this order subsequent to service of the Complaint.

Entered this 31st day of January, 2020.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE