CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
6/8/2023

LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

DWIGHT OLDHAM,

            *Plaintiff,*

v.

CENTRA HEALTH, INC.,

            *Defendant.*

CASE NO. 6:18-cv-88

ORDER

JUDGE NORMAN K. MOON

    This case comes before the Court on cross-motions for summary judgment, Dkts. 91, 93. For the reasons provided in an accompanying opinion, both motions for summary judgment as to Oldham's FCA retaliation claim are **DENIED**.

    The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to all counsel of record.

    Entered this  8th  day of June, 2023.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE